UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JONATHAN SMITH, #14002641,

                  Plaintiff,

    -against-

KATHLEEN RICE, in her individual capacity,
SHERIFF MICHAEL SPOSATO, in his individual
capacity, HELENE GUGERTY, in her individual
capacity, EDWARD MANGANO, in his individual
capacity, and the COUNTY OF NASSAU,

                  Defendants.
-------------------------------------------------------------------X
FEUERSTEIN, District Judge:

FILED
CLERK
8/19/2015 4:10 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

ORDER
15-CV-0468(SJF)

        On January 22, 2015, plaintiff *pro se* Jonathan Smith, filed a complaint alleging various civil rights violations against defendants accompanied by an application to proceed *in forma pauperis*. By Opinion and Order dated April 20, 2015 ("Order"), plaintiff's request to proceed *in forma pauperis* was granted and defendants Kathleen Rice and Helene Gugerty, and the claims against them, were dismissed with prejudice. Also pursuant to the Order, plaintiff was granted leave to file an amended complaint on or before May 25, 2015 and was advised that if he failed to file an amended complaint within the specified time, the claims against the remaining defendants would be dismissed with prejudice.

        Plaintiff has not filed an amended complaint and the time to do so has elapsed. Accordingly, plaintiff's complaint is dismissed with prejudice and the Clerk of the Court is directed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied

for the purpose of any appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED**.

Dated: August 19, 2015
       Central Islip, New York

                                                    /s/
                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                    Sandra J. Feuerstein, U.S.D.J.